## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONICA WILKINS O/B/O K.G.W.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 11-2469** |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | * | **SECTION: "N"(5)** |

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

New Orleans, Louisiana, this <u>11th</u> day of December, 2012.

UNITED STATES DISTRICT JUDGE